**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arvin Cruz Solangon,

Plaintiff(s),

v.

Midland Credit Management, Inc.,

Defendant(s).

Case No. 2:26-cv-02029-RFB-NJK

**Order**

[Docket Nos. 4, 5]

Pending before the Court are Plaintiff's motion for permission to file electronically and motion for early discovery. Docket Nos. 4, 5. In violation of Rule 11(a) of the Federal Rules of Civil Procedure, the motions are not signed by Plaintiff. Accordingly, the motions are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 10, 2026

Nancy J. Koppe
United States Magistrate Judge