**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arvin Cruz Solangon,
Plaintiff(s),
v.
Midland Credit Management, Inc.,
Defendant(s).

Case No. 2:26-cv-02029-RFB-NJK

**Order**

[Docket Nos. 35, 36]

Pending before the Court is Defendant's motion for clarification and motion to extend. Docket Nos. 35, 36. On August 10, 2026, the Court screened Plaintiff's complaint and found that it stated a colorable claim under the TCPA. Docket No. 7. Defendant now asks the Court to identify for it the operative complaint given Plaintiff's later filing of an amended complaint and a motion for leave to file a second amended complaint. Docket No. 35. To be clear, Defendant is not asking the Court to clarify its order, but rather is asking the Court to provide it legal advice and guidance as to how Defendant should proceed. This the Court cannot and will not do. *See Williams v. Eastside Lumberyard & Supply Co.*, 190 F.Supp.2d 1104, 1114 (S.D. Ill. 2001) ("A judge is the impartial umpire of legal battles, not a [party's] attorney"). Counsel must consult the governing rules and conduct legal research to determine how to proceed. With respect to the motion to extend, Defendant represents that more time is needed in light of counsel's recent retention. Docket No. 36 at 2. Although the reasoning is thin, it sufficiently shows good cause for a one-week extension. Accordingly, the Court **DENIES** Defendant's motion for clarification and **GRANTS** in part Defendant's motion to extend. The deadline to file a responsive pleading is extended to <u>October 2, 2026</u>. **The Court is not inclined to extend this deadline further**.

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge