**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arvin Cruz Solangon,
Plaintiff,
v.
Midland Credit Management, Inc.,
Defendant(s).

Case No. 2:26-cv-02029-RFB-NJK

**Order**

[Docket No. 40]

Pending before the Court is Plaintiff's request for immediate granting of his pending motion for leave to amend. Docket No. 40.[1] That motion for leave to amend was filed just nine days ago, Docket No. 23, so the briefing schedule has not even run yet, Local Rule 7-2(b). The parties are cautioned that the Court does not have the luxury to drop all of its other matters to address their purported emergencies. *See, e.g.*, *Mazzeo v. Gibbons*, 2010 WL 3020021, *1 (D. Nev. July 27, 2010). Moreover, the Court is not persuaded to address this motion for leave to amend on an expedited basis and without allowing the opportunity for a response to be filed. **To repeat, if the parties are confused about how to proceed in the current procedural posture, then they must consult the governing rules for guidance**. *See also* Docket No. 38. The motion for leave to amend will be decided in the ordinary course and the Court **DENIES** the motion to decide it now. Docket No. 40.

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007)